AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Eric Ferrier <br><br> *Plaintiff* <br> v. <br> JAMES V ATRIA <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. <br><br> 16 cv 61722 |

FILED by _____ D.C.
JUL 2 0 2016
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JAMES V ATRIA (FL 48.181)
c/o The Secretary of State Division of Corporation
P.O. Box 6327 Tallahassee FL 32314

Copy of the Pleading will be forwarded
JAMES V ATRIA  231 NW 131 AVE PLANTATION FL 33325

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric Ferrier
178 Columbus Ave. #237002 NEW YORK, NY 10023
Ph: 646-450-2923
Email: eric@idigitaltek.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore
CLERK OF COURT

Date: JUL 2 0 2016

*Signature of Clerk or Deputy Clerk*